1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8931
      Facsimile:  (415) 744-0134
7     E-Mail: Leo.R.Montenegro@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                **SACRAMENTO DIVISION**

12

13  KATHLEEN D. JOHNSON,           )
                                   )    CIVIL NO. 2:08-CV-0182 GGH
14         Plaintiff,              )
                                   )
15         v.                      )    STIPULATION AND ORDER
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of               )
17  Social Security,              )
                                   )
18         Defendant.             )
    _____)

19

20        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

22  motion for summary judgment, due to a scheduling conflict arising from the large number of cases

23  which await briefing.  The current due date is September 19, 2008.  The new due date will be October

24  20, 2008.

25  ///

26  ///

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 16, 2008

_/s/ Bruce J. Hagel_
(As authorized via electronic mail on 9/16/2008)
BRUCE J. HAGEL
Attorney for Plaintiff

Respectfully submitted,

Dated: September 16, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

_/s/ Leo R. Montenegro_
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: 09/19/08

/s/ Gregory G. Hollows
United States Magistrate Judge

johnson.eot

2 - Stip & Order Extending Def's Time